# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Superformance, Inc. d/b/a MotorSport
Ranch, Appellant

No. 06-25-00034-CV      v.

Elite Asphalt LLC, Appellee

Appeal from the 355th District Court of
Hood County, Texas (Tr. Ct. No.
C2022180). Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
Rambin.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Superformance, Inc. d/b/a MotorSport Ranch, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 17, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk